UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>LAMONT HUDGINS,<br>    Defendant. | )<br>)<br>)<br>)   Docket No. 2:24-cr-27<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Complaint against Lamont Hudgins, the defendant, without prejudice, in the above-captioned case.

Dated at Burlington, in the District of Vermont, March 12, 2024.

                                          NIKOLAS P. KEREST
                                          United States Attorney

By:   /s/ *Corinne M. Smith*
       CORINNE M. SMITH
       Assistant U.S. Attorney
       P.O. Box 570
       Burlington, VT 05402-0570
       (802) 951-6725

Leave of Court is granted for the filing of the foregoing dismissal, and the Complaint is hereby dismissed.

Dated at Burlington, in the District of Vermont, this ____ day of _____, 2024.

                                        _____
                                         HON. KEVIN J. DOYLE
                                         United States Magistrate Judge